# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY BRODZKI,

    Plaintiff,

vs.

DOUG GILLESPIE and
METROPOLITAN POLICE DEPARTMENT,

    Defendants.

Case No. 2:10-cv-02051-KJD-GWF

**ORDER**

Motion for Subpoena (#8)

    This matter is before the Court on Plaintiff's Motion to Subpoena Metro Records (#8), filed May 20, 2011.

    On May 4, 2011, the undersigned magistrate judge conducted a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and recommended to the District Judge that the complaint be dismissed. (#5). Therefore, discovery and the issuance of subpoenas is premature at this time. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Subpoena Metro Records (#8) is **denied**.

    DATED this 9th day of June, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**