# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY J. BRODZKI,

 Plaintiff,

v.

DOUG GILLISPIE, *et al.*,

 Defendants.

Case No. 2:10-CV-02051-KJD-GWF

**ORDER**

 Before the Court for consideration is the Report & Recommendation (#5) of Magistrate JudgeGeorge Foley, Jr entered May 4, 2011, recommending that this action be dismissed with prejudice. Plaintiff has filed an objection (#7).

 The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. Based on its review, the Court agrees with the Magistrate Judge's determination that the allegations of the complaint are fantastic, delusional and irrational. The Court further agrees that it is clear from the face of the amended complaint (#4) that the deficiencies cannot be cured by amendment. Plaintiff's opposition fails to raise coherent arguments showing why the Report & Recommendation should not be adopted. The Court determines that the Report & Recommendation (#5) of the United States Magistrate Judge entered May 4, 2011, should be **ADOPTED** and **AFFIRMED**.

1    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report & Recommendation
2 (#5) entered May 4, 2011, is **ADOPTED** and **AFFIRMED**.
3    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.
4    **IT IS FURTHER ORDERED** that the Clerk of the Court terminate this case and entered
5 judgment in favor of Defendants.
6    DATED this 30th day of July 2012.

_____
Kent J. Dawson
United States District Judge